DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIRLANDE M. DERISSE,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., AS TRUSTEE
FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-W1,**
Appellee.

No. 4D19-766

[February 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE11-020374 (11).

David A. Strauss of The Strauss Law Firm, P.A., Fort Lauderdale, for appellant.

Daniel S. Hurtes of Blank Rome LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J. GROSS AND DAMOORGIAN, JJ., CONCUR.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***